UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

IN RE: )
)
)
TONY PERRYMAN, DEBTOR ) CASE NO.   19-50642-acs
) CHAPTER 13
)

## AGREED ORDER FOR RELIEF FROM STAY

By agreement of the secured creditor, The Peoples Bank, Marion, Kentucky, and Debtor, Tony Perryman, by counsel, and the Court being advised that no equity exists in the subject property, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED**:

That the automatic stay imposed by 11 U.S.C. 362 be and is hereby terminated as to the following collateral: **1996 Case 590 Super L Extended Backhoe (serial #JJG0196545); 1995 Ford Dump Truck VIN 1FDPF80C1SVA049401 and All Indian Artifacts as set forth in Security Agreement and Financing Statement 2016-285777-80.01 dated October 4, 2016** presently in possession of the Debtor which serves as collateral for the Peoples Bank's loans.

IT IS FURTHER AGREED AND ORDERED that Bankruptcy Rule 4001(a)(3) is not applicable so that The Peoples Bank may immediately enforce and implement this Order granting relief from the automatic stay.

The undersigned Trustee enters into this Agreed Order for the purpose of abandoning any interest in the above described collateral, same having no value in excess of the secured indebtedness and the Debtors' exemption thereon.

---

[1] The dump truck is secured by Title Lien Statement dated December 12, 2016 with file number 023821 and the backhoe is secured security agreement with UCC Financing statement dated October 4, 2016 file number 2016-2857773-68

−1−

Entered this _____ day of October, 2019.

Agreed to:

*(signature)*
Robert B. Frazer
Attorney for creditor,
The Peoples Bank, Marion, Kentucky
200 S Main Street
Marion KY 42064
270/965-2261
bfrazer@fmlaw.biz

*(signature)* Todd Farmer by RBF authorized by email
TODD FARMER
Attorney for Debtor,
Tony Perryman
4975 Alben Barkley Drive, Suite 1
PO Box 7766
Paducah, KY 42002-7766
270/443-4431

*(signature)* authorized by email
CHUCK SYDENSTRICKER
Staff Attorney for Chapter 13 Trustee
200 South 7th Street, Suite 310
Legal Arts Building
Louisville, KY 40202
502/581-9042

Prepared by:

/s/ Robert B. Frazer
Frazer & Massey
200 S Main Street
Marion, KY 42064
270/965-2261
Counsel for The Peoples Bank
Marion, Kentucky

–2–