United States Bankruptcy Court
For The
Western District of Kentucky

IN RE:                                       )
   TONY PERRYMAN                     )
                                                     )         Case No:
                                                     )         19-50642-acs
                                Debtor(s)    )
_____)

Order of Confirmation

      A Plan Under Chapter 13 of Title 11 and application for confirmation having been duly filed, creditors having been notified, and it appearing that said plan complies with provisions of Section 1325 of said chapter,

      IT IS HEREBY ORDERED that said plan is confirmed.

      IT IS HEREBY ORDERED that the trustee, William W. Lawrence, collect a payment of $ 425.00 each      month      for a period of   60   months from the debtor(s), and distribute the funds as follows:

      1)  Todd A. Farmer    , attorney for the debtor, is awarded a fee in the amount of $ 3,750.00 to be paid as follows: $ 1,500.00 with the first disbursement to the secured creditors and $ 200.00 per month until paid in full.

      2) Secured creditors shall be paid before priority creditors, who shall be paid before unsecured creditors. Monthly payments to secured creditors will be determined on a pro-rata basis by the trustee, unless otherwise indicated below. The following secured and /or priority claims are hereby allowed:

| Creditor | Secured | Unsecured |
|---|---|---|
| #1    Old National Bank<br>PO Box 3475<br>Evansville, IN 47733 | To be paid directly by third party. | |
| #3    Ford Motor Credit Company LLC<br>Dept. 55953    PO Box 55000<br>Detroit, MI. 48255-0953 | To be paid directly by third party. | |

60 months / 36%

19-50642-acs

    3) Payment will be made on pro-rata basis to unsecured creditors, whose claims are filed and allowed, until such claims are paid at the proposed percentage. The plan is presently proposed at  36%  ; however, the percentage for any plan less than 100% may increase upon the filing of the schedule of allowed claims.

    IT IS FURTHER ORDERED that the debtor(s) attorney examine unsecured claims and file a schedule of allowed claims by no later than  December 9, 2019 . The schedule will reflect the percentage increase should the unsecured claims filed and allowed require an increase in the percentage paid to unsecured creditors. All objections to unsecured claims filed but not allowed must be filed prior to the same date.

    IT IS FURTHER ORDERED that any debtor(s) paying less than 100% to unsecured creditors submit copies of federal and state income tax returns, execute an assignment of federal and state income tax refunds to the Chapter 13 trustee, and submit a current income and expense statement annually, before May 15 of each year of the plan, pursuant to the local rules.

    IT IS FURTHER ORDERED that the debtor(s) be restrained from disposing of any property, in any manner whatsoever, without prior approval of this Court, and to promptly report to this Court any destruction of said property.

    IT IS FURTHER ORDERED that the debtor(s) be restrained from incurring any new indebtedness or financial obligations without permission of this Court, except for hospital, medical or dental expenses.

    IT IS FURTHER ORDERED that, if any governmental entity has filed a proof of claim showing unfiled tax returns, the debtors(s) shall file or otherwise satisfy the filing requirements relating to the unfiled returns within 90 days from the date of entry of this order.

    IT IS FURTHER ORDERED that, except as provided for in the Debtors' plan, no creditor holding a debt subject to discharge under Section 1328(a) shall be entitled to any late charges, interest, penalties, additional attorney's fees or fees of any kind or nature without further Order of this Court.  No creditor holding a debt subject to discharge under Section 1328(a) shall be allowed after the Debtors' discharge to add any late charges, interest, penalties, additional attorney's fees or fees of any kind or nature arising after the entry of the Order for Relief and before the Debtors' Discharge except as provided for in the Debtors' plan or by Order of this Court.

    IT IS FURTHER ORDERED that, the debtor(s) plan payments shall commence within thirty (30) days of filing the petition. The attorney for the debtor(s) shall fully escrow all pre-confirmation plan payments as required by Local Rule 13.4 and 11USC 1326.  If the attorney for the debtor(s) fails to turnover all pre-confirmation money to the Trustee within ten (10) days of confirmation, the Trustee is directed to file a motion to dismiss this Chapter 13, and the Court shall then enter an order dismissing this case immediately.

    In the event of any unauthorized default in payments by the debtor(s), the trustee is directed to promptly report such default to this Court and upon the filing of such report, this Court shall set a hearing for show cause as to why the debtor(s) petition should not be dismissed. This Confirmation Order constitutes a finding that all requirements of Section 521(a)(1)(B) and 521(e)(2)(A)(i) have been met.

    A copy of this order is sent to the debtor(s); to the attorney for the debtor(s); to the trustee, William W. Lawrence; and to all creditors.

_/s/ Alan C. Stout_
Alan C. Stout
United States Bankruptcy Judge
Dated: October 24, 2019

PREPARED BY THE OFFICE OF
WILLIAM W. LAWRENCE, TRUSTEE    awl    10/23/2019

```
                            United States Bankruptcy Court
                             Western District of Kentucky
In re:                                                                  Case No. 19-50642-acs
Tony Perryman                                                           Chapter 13
        Debtor            CERTIFICATE OF NOTICE
District/off: 0644-5            User: sgreathou               Page 1 of 2                  Date Rcvd: Oct 24, 2019
                                Form ID: pdf400              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db             #+Tony Perryman,    201 Chappell Road,    Marion, KY 42064-5213
aty             +Maura E. Binder,    Doyle & Foutty, P.C.,    41 E Washington Street, Suite 400,
                  Indianapolis, IN 46204-3517
aty             +Robert B. Frazer,    Frazer & Massey,    P. O. Box 361,    Marion, KY 42064-0361
aty              Todd A. Farmer,    Farmer & Wright, PLLC,    4975 Alben Barkley Drive, Suite 1,    PO Box 7766,
                  Paducah, KY 42002-7766
tr              +William W. Lawrence -13,    310 Republic Plaza,    200 S. Seventh Street,
                  Louisville, KY 40202-2751
cr              +Old National Bank,    Doyle & Foutty, P.C.,    41 E Washington Street,    Suite 400,
                  Indianapolis, IN 46204-3517
cr              +The Peoples Bank, Marion Kentucky,    116 South Main Street,    Marion, KY 42064,
                  UNITED STATES 42064-1508
6566794          Atmos Gas,    PO Box 790311,    St. Louis, MO 63179-0311
6566795         +Auto Chlor,    1518 Antioch Pike,    Antioch, TN 37013-2713
6583867          Bapt Health Medical Group PA,    Credit Bureau Systems, Inc,    PO Box 9200,
                  Paducah, KY 42002-9200
6566796          Baptist Health,    PO Box 950257,    Louisville, KY 40295-0257
6583868          Baptist Health Paducah,    Credit Bureau Systems, Inc,    PO Box 9200,    Paducah, KY 42002-9200
6566797          Best Buy Credit Services,    PO Box 9001007,    Louisville, KY 40290-1007
6566798         +City of Marion Water and Sewer,    217 South Main #102,    Marion, KY 42064-1541
6566799          Credit Bureau Systems,    P.O. Box 9200,    Paducah, KY 42002-9200
6566800         +Crittenden Health Services,    P.O. Box 386,    Marion, KY 42064-0386
6572499          Directv, LLC,    by American InfoSource as agent,    PO Box 5072,    Carol Stream, IL 60197-5072
6580745        ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                  Detroit, MI. 48255-0953)
6566803         +Farmers Bank,    203 North Main,    Marion, KY 42064-1312
6566804         +Forward Line,    21700 Oxnard Street,    Suite 1400,    Woodland Hills, CA 91367-3636
6566805         +Gordon Foods,    c/o CSC,    421 West Main Street,    Frankfort, KY 40601-1815
6566808          Kentukcy Utilities,    P.O. Box 9001954,    Louisville, KY 40290-1954
6566809          LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
6566810         +LabCorp America,    PO Box 2240,    Burlington, NC 27216-2240
6566811         +Livingston Hospital,    131 Hospital Dr,    Salem, KY 42078-8055
6566812         +Lorie Perryman,    201 Chappel Road,    Marion, KY 42064-5213
6583869          Methodist Hosp of Union Co,    Credit Bureau Systems, Inc,    PO Box 9200,
                  Paducah, KY 42002-9200
6584455         +Methodist Hospital Union County,    1305 N. Elm St.,    Henderson, KY. 42420-2775
6566814         +Orkin,    1020 Main Street,    Imperial, MO 63052-2322
6566815          Pathology Group,    P.O. Box 8660,    St Louis, MO 63126-0660
6566817         +Peoples Bank,    P.O. Box 231,    Marion, KY 42064-0231
6566819         +Pepsi Mid America,    115 Calloway Court,    Paducah, KY 42001-9035
6566820         +Radiology Group,    P.O. Box 139,    Evasville, IN 47701-0139
6566821         +Sitex,    1300 Commonwealth Drive,    Henderson, KY 42420-4471
6566823          Vanderbilt Medical Center,    PO Box 121171,    Dallas, TX 75312-1171
6566824         +WCA,    3426 State Route 45,    Mayfield, KY 42066-6135
6566825         +Web Employee Sales,    410 Commerce Drive,    Madisonville, KY 42431-8786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
6566793          E-mail/Text: ally@ebn.phinsolutions.com Oct 24 2019 19:44:40      Ally Financial,
                  PO Box 380903,    Bloomington, MN 55438-0903
6594872          E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2019 19:47:29
                  Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
6566801          E-mail/Text: excelanesthesia@bellsouth.net Oct 24 2019 19:45:10      Excel Anesthisa,
                  1020 North Main St,    Beaver Dam, KY 42320-1553
6566806          E-mail/Text: cio.bncmail@irs.gov Oct 24 2019 19:45:18      Internal Revenue Service,
                  500 Broadway,    Louisville, KY 40511
6566813         +E-mail/Text: bankruptcy@oldnational.com Oct 24 2019 19:46:08      Old National Bank,
                  PO Box 3475,    Evansville, IN 47733-3475
6566822         +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 19:47:16      Syncb/ Lowes,    PO Box 965036,
                  Orlando, FL 32896-5036
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6566802          Farmers Bank
6566807          Kentucky Revenue Cabinet
6566816          Peoples Bank
6566818*        +Peoples Bank,    PO. Box 231,    Marion, KY 42064-0231
                                                                                              TOTALS: 3, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0644-5          User: sgreathou            Page 2 of 2             Date Rcvd: Oct 24, 2019
                              Form ID: pdf400           Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              Maura E. Binder    on behalf of Creditor   Old National Bank mbinder@doylefoutty.com
              Robert B. Frazer    on behalf of Creditor   The Peoples Bank, Marion Kentucky bfrazer@fmlaw.biz
              Todd A. Farmer    on behalf of Debtor Tony  Perryman taf-bk@farmerwright.com,
               1980@notices.nextchapterbk.com,LaCretia@farmerwright.com,rebecca@farmerwright.com,
               amy@farmerwright.com
              William W. Lawrence -13    ECF@louchapter13.com,  ecf.bk.westky@gmail.com
                                                                                        TOTAL: 5
```