UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| TONY PERRYMAN, | Case No. 19-50642-acs |
| Debtor. | Honorable Alan C. Stout |

**ORDER GRANTING APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM**

**THIS MATTER** having come before the Court on the APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM. For good cause shown,

**IT IS HEREBY ORDERED** that GFS is allowed an administrative claim against Debtor's estate for the value of the 20-Day Goods delivered to it in the amount of $2,889.23.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: December 4, 2019

Jason M. Torf
John C. Cannizzaro
ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417
Telephone: (312) 726-6244

CO\6308943.2