UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

In re:  
    TONY PERRYMAN

Debtor(s)

Case No. 19-50642

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

William W. Lawrence, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/30/2019.

2) The plan was confirmed on 10/24/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 09/23/2022.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,375.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,125.00 |
| Less amount refunded to debtor | $10.70 |
| **NET RECEIPTS:** | **$17,114.30** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $793.66 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,543.66** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY BANK | Secured | 6,439.00 | NA | NA | 0.00 | 0.00 |
| ATMOS ENERGY CORP | Unsecured | 60.00 | 65.67 | 65.67 | 65.67 | 0.00 |
| CITIBANK NA | Unsecured | 1,000.00 | 862.86 | 862.86 | 862.86 | 0.00 |
| City of Marion Water and Sewer | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Credit Bureau Systems | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU SYSTEMS | Unsecured | NA | 189.45 | 189.45 | 189.45 | 0.00 |
| CREDIT BUREAU SYSTEMS | Unsecured | NA | 386.21 | 386.21 | 386.21 | 0.00 |
| CREDIT BUREAU SYSTEMS | Unsecured | NA | 1,689.16 | 1,689.16 | 1,689.16 | 0.00 |
| CRITTENDEN COUNTY TREASURER | Priority | NA | 80.56 | 80.56 | 80.56 | 0.00 |
| Crittenden Health Services | Unsecured | 1,434.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | NA | 319.73 | 319.73 | 319.73 | 0.00 |
| Farmers Bank | Secured | 10,089.00 | NA | NA | 0.00 | 0.00 |
| Farmers Bank | Secured | 9,927.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Secured | 23,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Forward Line | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| FORWARDLINE FINANCIAL LLC | Unsecured | NA | 1,299.60 | 1,299.60 | 1,299.60 | 0.00 |
| GORDON FOOD SERVICE | Priority | NA | 2,989.23 | 2,989.23 | 2,989.23 | 0.00 |
| KENTUCKY REVENUE CABINET | Priority | 2,000.00 | 1,915.78 | 1,915.78 | 1,915.78 | 0.00 |
| Kentukcy Utilities | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| LabCorp America | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LCA Collections | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Livingston Hospital | Unsecured | 837.00 | NA | NA | 0.00 | 0.00 |
| METHODIST HOSPITAL | Unsecured | NA | 438.68 | 438.68 | 438.68 | 0.00 |
| OLD NATIONAL BANK | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Old National Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Orkin | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Pathology Group | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| Peoples Bank | Secured | 87,500.00 | NA | NA | 0.00 | 0.00 |
| Peoples Bank | Secured | 165,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Peoples Bank | Secured | 44,889.00 | NA | NA | 0.00 | 0.00 |
| Peoples Bank | Secured | 160,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Peoples Bank | Secured | 46,000.00 | NA | NA | 0.00 | 0.00 |
| PEPSI MID AMERICA CO | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 4,000.00 | 2,315.05 | 2,315.05 | 2,315.05 | 0.00 |
| Radiology Group | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 18.66 | 18.66 | 18.66 | 0.00 |
| Sitex | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Vanderbilt Medical Center | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| WCA | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Web Employee Sales | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,985.57 | $4,985.57 | $0.00 |
| **TOTAL PRIORITY:** | **$4,985.57** | **$4,985.57** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$7,585.07** | **$7,585.07** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,543.66 |
| Disbursements to Creditors | $12,570.64 |
| **TOTAL DISBURSEMENTS:** | **$17,114.30** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/06/2023                                By: /s/ William W. Lawrence
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**